**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**RICHARD WOOD,**

    **Plaintiff,**

**v.**                                                    **Case No.  8:06-cv-2293-T-30TBM**

**BERT BELL/PETE ROZELLE NFL
PLAYER RETIREMENT PLAN,**

    **Defendant.**
_____/

**ORDER OF DISMISSAL**

        The Court has been advised via a Notice of Settlement (Dkt. #19) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

        **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

        **DONE** and **ORDERED** in Tampa, Florida on August 27, 2007.

                                              JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-2293.dismissal 19.wpd